# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 18-25901 MAM  
**Case Name:** SEA OF GREEN SYSTEMS INC.  

**Period Ending:** 06/30/22

**Trustee:** Michael R. Bakst, Trustee  
**Filed (f) or Converted (c):** 12/05/19 (c)  
**§341(a) Meeting Date:** 01/06/20  
**Claims Bar Date:** 02/18/20

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHASE CHECKING #7656 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | ECOS GROWCUBE UNIT- *VALUATION IS BASED ON DEBTOR'S OPINION OF THE ESTIMATED VALUE AT THE TIME OF FILING*<br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101 IN LEAD CASE NO: 18-25900 | 350,000.00 | 0.00 | | 0.00 | FA |
| 3 | PATENT ON NBV<br>ASSETS ADMINISTERED UNDER THE CHAPTER 11 PER C.O. DATED 4-8-2019--ECF#71 & 6-4-2019--ECF#101- IN LEAD CASE NO: 18-25900 | 1,593.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$351,593.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major activities affecting case closing:**  
CBD: 2-18-2020

TAX RETURN STATUS: KAPILA EMPLOYED [ECF#151] IN LEAD CASE - 4-13-2021 CERTIFED MAILING OF THE 2019 F-1120 TAX RETURN TO IRS (PHILADELPHIA, PA & OGDEN, UT (0012), and to FLORIDA DEPT OF REVENUE RETURNS. 6-22-2021: CERTIFIED MAILING OF THE 2020 F-1120 TAX RETURN TO IRS (PHILADELPHIA, PA & OGDEN, UT) (0012). 3-9-2022: CERTIFIED MAILING OF THE 2021 F-1120 TAX RETURN TO IRS (PHILADELPHIA, PA & OGDEN, UT (0012).

CASE STATUS: THIS CASE IS JOINTLY ADMINISTERED WITH CASE ECOSPHERE TECHNOLOGIES, INC. WHICH IS THE LEAD CASE [CASE #18-25900]. PER C.O. DATED 12-26-2018--ECF#7. REFER TO LEAD CASE FOR STATUS.

**Initial Projected Date of Final Report (TFR):** March 31, 2022     **Current Projected Date of Final Report (TFR):** December 31, 2024

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 1

No Accounts for this Case